AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

ADRIAN ALEXANDER GUTIERREZ RUIZ a/k/a
OSCAR LOPEZ RIOS

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ04-m-204 JLA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 30, 2001 in Suffolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the issuance of a U.S. passport,

in violation of Title 18 United States Code, Section(s) 1542.

I further state that I am a(n) Special Agent, DSS (Official Title) and that this complaint is based on the following facts:

See attached affidavit of DSS Special Agent Nicholas C. Porter

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-07-2004 at Boston, Massachusetts
Date                       City and State

JOYCE LONDON ALEXANDER
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

**AFFIDAVIT**

I, Nicholas Porter, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since April of 2002. As part of my official duties, I am assigned to investigate violations of matters relating to the U.S. Department of State, including passport and visa fraud, illegal, improper use and possession of identification documents and false statements made to illegally obtain passports and visas.

2. The information set forth in this affidavit is based upon my investigation as well as information provided by the Boston Passport Agency, and other public agencies. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to establish probable cause in support of a criminal complaint charging an individual named Adrian Alexander Gutierrez Ruiz (RUIZ), a/k/a Oscar Lopez Rios, with making false statements in an application for a United States passport, in violation of Title 18, United States Code, Section 1542.

3. On August 30 2001, a person claiming to be Oscar Lopez Rios submitted an application for a United States passport at the Roxbury, Massachusetts Post Office, and also submitted a birth

certificate from Puerto Rico reflecting that he was born there on July 23, 1972. The person also submitted a Massachusetts driver's license bearing his photo in the name of Oscar Lopez Rios and, as required, submitted two copies of a photograph of himself. One of the photographs was attached to the application at the time of its submission. A copy of both the application and birth certificate are attached to this affidavit.

4. Based on suspicions that the application contained false statements, the applicant was sent a ruse letter indicating that his application had been approved; however, the passport was not included in the correspondence. The applicant contacted the Passport Agency through a telephone number listed on the correspondence and made an appointment to come in and get his passport.

5. On January 14, 2003, RUIZ presented himself at the Boston Passport Agency and was interviewed by Diplomatic Security Service Special Agents Robert Gousie and Robert Goodrich. RUIZ confirmed that he is in fact the person who submitted the application in the name of Oscar Lopez Rios and that the photograph on the application was of him. Despite our questioning, RUIZ maintained that he was Oscar Lopez Rios throughout the interview.

6. On March 19, 2004, I and agents from the Bureau of Immigration and Customs Enforcement went to the address that the

2

applicant had provided on the passport application, 340 Shawmut Avenue, in Boston, MA, and interviewed the resident, a woman named Maria Gladys Ruiz. We showed Ms. Ruiz a copy of the passport application submitted in the name of Oscar Lopez Rios. Ms. Ruiz stated that the person depicted in the picture is her son. She stated that his true name is Adrian Alexander Gutierrez Ruiz and that he was born in Don Matias, Colombia. A sworn statement was taken and is attached to this affidavit.

7. Based on the foregoing, I have probable cause to believe that Adrian Alexander Gutierrez Ruiz, a/k/a Oscar Lopez Rios, on or about August, 30, 2001, did willfully and knowingly make a false statement on an application for a United States passport with the intent to induce or secure the issuance of a passport under the authority of the United States for his own use or use of another, in violation of Title 18, United States Code, Section 1542.

NICHOLAS C. PORTER
Special Agent
U.S. Department of State,
Diplomatic Security Service

Subscribed and sworn before me this ___ day of May, 2004, in Boston, Massachusetts.

JOYCE LONDON ALEXANDER
United States Magistrate Judge

3

**UNITED STATES DEPARTMENT OF STATE**
**APPLICATION FOR** ☒ PASSPORT ☐ REGISTRATION
(Type or print all capital letters in blue or black ink in white areas only)

1. NAME (First and Middle): OSCAR LOPEZ
LAST: RIOS

2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX: P.O. BOX 180712
APT. #:
CITY: BOSTON MA
STATE: MA
ZIP CODE: 02118
COUNTRY / IN CARE OF (if applicable): US

☐ 5 Yr.  ☒ 10 Yr.  Issue Date ___
103816940

3. SEX: ☒ M ☐ F
4. PLACE OF BIRTH (City & State or City & Country): GUAYNABO PUERTO RICO
5. DATE OF BIRTH: 09/23/72
6. SOCIAL SECURITY NUMBER: 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

7. HEIGHT: 5'08"
8. HAIR COLOR: Brown
9. EYE COLOR: Brown
10. HOME TELEPHONE: (617) 905-6302
11. BUSINESS TELEPHONE: (617) 201-1167
12. OCCUPATION: SALESMAN

13. PERMANENT ADDRESS (DO NOT LIST P.O. BOX): 340 SHAWMUT AVE, BOSTON MA 02118

14. FATHER'S FULL NAME: LOPEZ OSPINGO | BIRTHPLACE: P-RICO | BIRTHDATE: 9-25-49 | U.S. CITIZEN: ☒ Yes ☐ No
15. MOTHER'S FULL MAIDEN NAME: RIOS MARTHA LUIS | BIRTHPLACE: P-RICO | BIRTHDATE: 10-16-53 | U.S. CITIZEN: ☒ Yes ☐ No

16. HAVE YOU EVER BEEN MARRIED? ☐ Yes ☒ No
17. OTHER NAMES YOU HAVE USED:

18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT? ☐ Yes ☒ No

19. EMERGENCY CONTACT.

20. TRAVEL PLANS (not mandatory)

21. STOP. DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.

22. FOR ACCEPTANCE AGENT'S USE
Date: 08 30 01
☐ Clerk of Court
☐ PASSPORT Agent
☒ Postal Employee
☐ (Vice) Consul USA

23. APPLICANT'S IDENTIFYING DOCUMENTS
☒ DRIVER'S LICENSE
EXPIRATION DATE: 07 23 03
ID No.: S45083038
PLACE OF ISSUE: MASS
ISSUED IN THE NAME OF: Oscar Lopez Rios

24. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship)
☒ Birth Certificate  SR  CR  City  Filed/Issued: 7/31/72
☐ Passport
☐ Report of Birth
☐ Naturalization/Citizenship Cert.
☒ Seen & Returned
☐ Attached

25. $45

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### (COMMONWEALTH OF PUERTO RICO)

DEPARTAMENTO DE SALUD
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)
CERTIFICACION DE NACIMIENTO
(CERTIFICATION OF BIRTH)

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1972-00171-000000-001210

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
OSCAR LOPEZ RIOS

DOMICILIO (DWELLING HOUSE)
GUAYNABO, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)      FECHA INSCRIPCION (REGISTRATION DATE)
23 JUL 1972                        31 JUL 1972

LUGAR NACIMIENTO (BIRTHPLACE)                       SEXO (SEX)
GUAYNABO, PUERTO RICO                               M

NOMBRE DEL PADRE (FATHER'S NAME)                    EDAD (AGE)
CRESCENCIO LOPEZ                                    23

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
CAGUAS, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)                  EDAD (AGE)
MARTA IRIS RIOS                                     17

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
RIO PIEDRAS, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
13 JUN 2001

*********************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

DEPARTAMENTO DE
**SALUD**
GOBIERNO DE PUERTO RICO

*Dando Salud... a tu Vida.*

**ADVERTENCIA:** Cualquier alteración o borradura cancela esta certificación.

**WARNING:** Any alteration or erasure voids this certification.



**United States Department of State**
Washington, D.C. 20520

# DECLARATION JURADA

Lugar: 340 SHAWMUT AVE. APT #1

Fecha: 3/19/04

Por medio de la presente, yo MARIA HERNANDEZ de mi propia voluntad, hago la siguiente declaracion a: NICHOLAS PORTER EDGAR VASQUEZ AND MARK ANNOTI FEDERAL AGENTS, quienes se han identificado como Agente Especial del Servicio de Seguridad Diplomatica del Departamento de Estado de los Estados Unidos de America.

Q. WHAT IS YOUR TRUE AND COMPLETE NAME?
A. MARIA GLADYS RUIZ
Q. WHEN AND WHERE WERE YOU BORN?
A. I WAS BORN IN SANTA ROSA DE OSOS, COLOMBIA ON 4/27/51
Q. WHAT IS YOUR STATUS IN THE US?
A. PERMANENT RESIDENT
Q. DO YOU HAVE AN ALIEN IDENTIFICATION #. WHAT IS IT?
A. A79 674 214
Q. HOW MANY CHILDREN DO YOU HAVE?
A. I HAVE 5 CHILDREN.
Q. HOW MANY OF THEM ARE IN THE US?
A. I HAVE TWO.
Q. CAN YOU PLEASE NAME THEM, WITH DATES OF BIRTH?
A. THE FIRST ONE IS ADRIAN GUTIERREZ RUIZ AND JONATHAN RUIZ THEY WERE BORN IN 9/16/76 AND 8/17/89 RESPECTFULLY
Q. FROM THE PHOTOGRAPH WE SHOWED YOU, CAN YOU IDENTIFY HIM?
A. YES SIR.
Q. WHO IS THE PERSON IN THOS PHOTOS?

Pagina __ de __ Paginas



A. THAT IS ADRIAN (SHOWN EXIBIT #1)
Q. WHO IS THE PERSON IN EXIBIT #2?
A. HE IS ADRIAN.
Q. WHO IS THE PERSON IN EXIBIT #3?
A. HE ALSO IS ADRIAN.
Q. IS HE YOUR SON?
A. YES. SIR.
Q. WHERE WAS ADRIAN BORN?
A. DON MATIAS, COLOMBIA.
Q. DO YOU HAVE ANY QUESTIONS OR ANYTHING ELSE YOU WOULD LIKE TO ADD TO THIS STATEMENT?
A. I HAVE NO QUESTIONS.
Q. ———— END OF THE STATEMENT ————

Bajo juramento declaro que el contenido de esta declaracion de 2 paginas es verdadera y correcta; que hice esta declaracion de mi propia voluntad y acuerdo, sin que se me haya hecho alguna promesa de imunidad, y sin que se haya utilizado alguna amenaza, inimidacion, o ceorcion, en mi contra. Se me ha tratado con cortesia y no tengo objecion ni queja sobre la conducta de los oficiales que me entrevistaron.

Firma: x Maria Hernandez
Nombre: 340 SHAWMUT AVE. #1
Direccion: BOSTON MA.

Subscribed and sworn before me on MARCH 19, 2004
(Date)

ICE IMMIGRATION AGENT

ICE IMMIGRATION AGENT                    (Address)

Special Agent
U.S. Department of State
Diplomatic Security Service

Special Agent
U.S. Department of State
Diplomatic Security Service

Pagina __ de __ Paginas

**Criminal Case Cover Sheet**                                              U.S. District Court - District of Massachusetts

**Place of Offense:**                Category No. __II__                   Investigating Agency __DSS__

City __Boston__                      **Related Case Information:**

County __Suffolk__                   Superseding Ind./ Inf. _____    Case No. _____
                                     Same Defendant _____   New Defendant _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Adrian Alexander Gutierrez Ruiz__     Juvenile  ☐ Yes  ☒ No

Alias Name __Oscar Lopez Rios__

Address __340 Shawmut Avenue, Boston, MA__

Birth date: __1976__   SS#: _____   Sex: __M__   Race: __Hisp.__   Nationality: __Colombian.__

Defense Counsel if known: _____            Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Donald L. Cabell__                       Bar Number if applicable _____

Interpreter:  ☒ Yes   ☐ No            List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes   ☒ No

☒ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

Arrest Date: __February 3, 2004__

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  __Plymouth CCF__   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☒ Complaint     ☐ Information     ☐ Indictment

Total # of Counts:    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 7, 2004            Signature of AUSA: _(signed)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Adrian Alexander Gutierrez Ruiz

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1542 | False Statements to Obtain Passport | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    DSS

ruiz cover sheet.wpd - 3/13/02