AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ADRIAN ALEXANDER GUTIERREZ RUIZ a/k/a
OSCAR LOPEZ RIOS

**WARRANT FOR ARREST**

CASE NUMBER: MJ04-M-204 JLA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  ADRIAN ALEXANDER GUTIERREZ RUIZ a/k/a OSCAR LOPEZ RIOS
                                                                       Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)
making false statements in connection with a passport application

in violation of Title  18  United States Code, Section(s)  1542

JOYCE LONDON ALEXANDER
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

5-7-04     Boston, MA
Date and Location

Bail fixed at $ _____

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY DOS

DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER ARRAIGNMENT OF THE DEFENDANT ON 4/26/05 | SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.